# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAYMEE L. WALKER,** | : | **CIVIL ACTION NO. 1:11-CV-1223** |
| Plaintiff, | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **JAMES W. GRUVER,** *et al.* | : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| **ANNE M. HINKLE,** | : | **CIVIL ACTION NO. 1:11-CV-1224** |
| Plaintiff, | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **JAMES W. GRUVER,** *et al.* | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 5th day of November, 2013, upon consideration of the petition (Case No. 1:11-CV-1223, Docs. 74, 75; Case No. 1:11-CV-1224, Doc. 73) for attorney's fees, filed by plaintiffs Jaymee L. Walker and Anne M. Hinkle, and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiffs' petition (Case No. 1:11-CV-1223, Docs. 74, 75; Case No. 1:11-CV-1224, Doc. 73) for attorney's fees is GRANTED in part and DENIED in part as set forth in the accompanying memorandum and appendices. The court awards plaintiffs a total of $278,782.40 in attorney's fees.

2. The Clerk of Court is directed to CLOSE the above-captioned cases.

                                         /S/ CHRISTOPHER C. CONNER
                                         Christopher C. Conner, Chief Judge
                                         United States District Court
                                         Middle District of Pennsylvania